UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



UNITED STATES OF AMERICA

v.

WILLIAM A. WHITE

CASE NO. 6:13-cr-304-ORL-28-GJK
18 U.S.C. § 875(b)
18 U.S.C. § 1028(a)(7)
18 U.S.C. § 981(a)(1)(C) -Forfeiture
28 U.S.C. § 2461(c) - Forfeiture
18 U.S.C. § 982 - Forfeiture
18 U.S.C. § 1028(b) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### A. Introduction

At times material to this Indictment:

1. **WILLIAM A. WHITE** was a white supremacist residing in Virginia who used, among other Internet accounts and user names, Hotmail e-mail address nslf_helterskelter@hotmail.com and the screen name "Charlie Fucking Manson" to advocate violence against, threaten, extort, and attempt to extort state and federal officials and their families, including their spouses, children, and grandchildren.

2. The American Front was a white supremacist organization that operated in Osceola County, Florida, 14 members of which were arrested on charges by local authorities in the State of Florida. Florida Ninth Circuit State Attorney Lawson Lamar was the elected state attorney that initiated the

prosecution of certain alleged members of the American Front. Task Force Agent Kelly J. Boaz was an Orange County Sheriff's Deputy and Federal Bureau of Investigation Task Force Agent involved in the State of Florida's prosecution of the alleged American Front members. Florida Circuit Judge Walter G. Komanski was a judge who presided over the State of Florida's prosecution of the alleged American Front members.

3. The Southern Poverty Law Center was a non-profit entity based in Alabama that, among other things, maintained a website on which it published on-line articles and allowed the readers of those articles to post on-line comments. On its website, the Southern Poverty Law Center published an on-line article entitled, "Court Documents: American Front was Planning Violence." The servers that host the Southern Poverty Law Center's website are not located in the State of Florida, thus, the access of that website in the State of Florida involves electronic communications that travel in interstate commerce.

4. The Anti Defamation League was a non-profit entity based in New York that, among other things, maintained a website on which it published on-line articles and allowed the readers of those articles to post on-line comments. On its website, the Anti Defamation League published an on-line article entitled, "Access ADL: American Front Members Arrested on Hate Crimes, Conspiracy Charges." The servers that host the Anti Defamation League's website are not located in the State of Florida, thus, the access of that website in the State of Florida involves electronic communications that travel in interstate commerce.

5. Microsoft Corporation was, among other things, a company based in Redmond, Washington, that provided free, Internet-based e-mail services through Hotmail e-mail addresses identified with the domain @hotmail.com, including the e-mail address nslf_helterskelter@hotmail.com. The Microsoft Corporation servers that store, maintain, and transmit e-mail communications of Hotmail e-mail accounts are not located in the State of Florida and, accordingly, communications to and from the State of Florida using Hotmail e-mail accounts travel in interstate commerce.

## COUNT ONE

6. The allegations set forth in paragraphs 1 through 5 are realleged and incorporated by reference as to Count One.

7. On or about May 19, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### WILLIAM A. WHITE

the defendant herein, using the e-mail address nslf_helterskelter@hotmail.com, did, knowingly and with the intent to extort from the following law enforcement and judicial officers official action that would cause the dismissal of criminal charges against alleged members of the American Front, transmit in interstate and foreign commerce a communication, to wit: an e-mail directed to Federal Bureau of Investigation Task Force Agent Kelly J. Boaz, State Attorney Lawson Lamar, and Florida Circuit Judge Walter G. Komanski, among others, and the communication contained a threat to kidnap and injure Federal Bureau of

Investigation Task Force Agent Kelly J. Boaz, State Attorney Lawson Lamar, Florida Circuit Judge Walter G. Komanski, and family members of those persons, specifically to kidnap, torture, rape, and kill those persons and their spouses, children, and grandchildren.

All in violation of Title 18, United States Code, Sections 875(b) and 2.

## COUNT TWO

8. The allegations set forth in paragraphs 1 through 5 are realleged and incorporated by reference as to Count Two.

9. On or about May 20, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### WILLIAM A. WHITE

the defendant herein, using the e-mail address nslf_helterskelter@hotmail.com, did, knowingly and with the intent to extort from the following law enforcement and judicial officers official action that would cause the dismissal of criminal charges against alleged members of the American Front, transmit in interstate and foreign commerce a communication, to wit: an e-mail that blind copied news media outlets and directed to Federal Bureau of Investigation Task Force Agent Kelly J. Boaz, State Attorney Lawson Lamar, and Florida Circuit Judge Walter G. Komanski, among others, and the communication contained a threat to kidnap and injure Federal Bureau of Investigation Task Force Agent Kelly J. Boaz, State Attorney Lawson Lamar, Florida Circuit Judge Walter G. Komanski, and family

members of those persons, specifically to kidnap, torture, rape, and kill those persons and their spouses, children, and grandchildren.

All in violation of Title 18, United States Code, Sections 875(b) and 2.

## COUNT THREE

10. The allegations set forth in paragraphs 1 through 5 are realleged and incorporated by reference as to Count Three.

11. On or about May 20, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### WILLIAM A. WHITE

the defendant herein, using the e-mail address nslf_helterskelter@hotmail.com, did, knowingly and with the intent to extort from the following law enforcement and judicial officers official action that would cause the dismissal of criminal charges against alleged members of the American Front, transmit in interstate and foreign commerce a communication, to wit: an e-mail directed to the adult son of State Attorney Lawson Lamar and the communication contained a threat to kidnap and injure State Attorney Lawson Lamar and members of his family, specifically to kidnap, torture, rape, and kill his grandchildren.

All in violation of Title 18, United States Code, Sections 875(b) and 2.

## COUNT FOUR

12. The allegations set forth in paragraphs 1 through 5 are realleged and incorporated by reference as to Count Four.

13. On or about May 20, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### WILLIAM A. WHITE

the defendant herein, using the screen name "Charlie Fucking Manson" and e-mail address nslf_helterskelter@hotmail.com, did, knowingly and with the intent to extort from the following law enforcement and judicial officers official action that would cause the dismissal of criminal charges against alleged members of the American Front, transmit in interstate and foreign commerce a communication, to wit: an Internet posting on the website of the Southern Poverty Law Center to the comments section of an on-line article entitled, "Court Documents: American Front was Planning Violence," and the communication contained a threat to kidnap and injure Federal Bureau of Investigation Task Force Agent Kelly J. Boaz, State Attorney Lawson Lamar, Florida Circuit Judge Walter G. Komanski, and family members of those persons, specifically to kidnap, torture, rape, and kill those persons and their spouses, children, and grandchildren.

All in violation of Title 18, United States Code, Sections 875(b) and 2.

## COUNT FIVE

14. The allegations set forth in paragraphs 1 through 5 are realleged and incorporated by reference as to Count Five.

15. On or about May 20, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

## WILLIAM A. WHITE

the defendant herein, using the screen name "Charlie Fucking Manson" and e-mail address nslf_helterskelter@hotmail.com, did, knowingly and with the intent to extort from the following law enforcement and judicial officers official action that would cause the dismissal of criminal charges against alleged members of the American Front, transmit in interstate and foreign commerce a communication, to wit: an Internet posting on the website of the Anti Defamation League to the comments section of an on-line article entitled, "Access ADL: American Front Members Arrested on Hate Crimes, Conspiracy Charges," and the communication contained a threat to kidnap and injure Federal Bureau of Investigation Task Force Agent Kelly J. Boaz, State Attorney Lawson Lamar, Florida Circuit Judge Walter G. Komanski, and family members of those persons, specifically to kidnap, torture, rape, and kill those persons and their spouses, children, and grandchildren.

All in violation of Title 18, United States Code, Sections 875(b) and 2.

## COUNT SIX

16. The allegations set forth in paragraphs 1 through 15 are realleged and incorporated by reference as to Count Six.

17. Beginning on or about May 19, 2012 and continuing until on or about June 1, 2013, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### WILLIAM A. WHITE

the defendant herein, did knowingly possess and use in and affecting interstate and foreign commerce, without lawful authority, the means of identification of another person, to wit, the names and addresses of the various law enforcement and judicial personnel and their families as described in Counts One through Five of this Indictment, with the intent to commit and in connection with, any unlawful activity that constitutes a violation of Federal law, to wit, making threats in aid of extortion and making threats, in violation of Title 18, United States Code, Sections 875(b) and (c), respectively.

Pursuant to Title 18, United States Code, Section 1028(b)(3)(B), this offense was committed in connection with a crime of violence (as defined in Title 18, United States Code, Section 924(c)(3)).

All in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(3)(B) and 2.

## **FORFEITURE**

1. The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violations alleged in Counts One through Five of this Indictment, punishable by imprisonment for more than one year, the defendant,

**WILLIAM A. WHITE,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation(s).

3. The allegations contained in Count Six, of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5).

4. The defendant, **WILLIAM A. WHITE**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest he has in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation and pursuant to Title 18, United States Code, Section

1028(b)(5) any personal property used or intended to be used to commit the offense, which property includes the following items which were seized from the defendant, **WILLIAM A. WHITE**, during his arrest in Mexico:

    a. Black Toshiba Laptop Computer;

    b. Maxwell DVR+R;

    c. Amazon Kindle;

    d. Samsung Digital Camera;

    e. Samsung Cellular Phone;

    f. Scan Disk Cruzerblade 4GS; and

    g. Phillips GoGear Vibe 4GB.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Daniel C. Irick
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM A. WHITE

## INDICTMENT

Violations:

18 U.S.C § 875(b)
18 U.S.C § 1028(a)(7)

A true bill,

_____
Foreperson

Filed in open court this 11th day of December, 2013.

_____
Clerk

Bail   $_____

GPO 863 525