UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:13-cr-304-Orl-28GJK

WILLIAM A. WHITE

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals: None.

Dated: December 13, 2013

                                          Respectfully submitted,

                                        A. LEE BENTLEY, III
                                        Acting United States Attorney

By: *s/ Daniel C. Irick*
     Daniel C. Irick
     Assistant United States Attorney
     Fla. Bar No. 0802301
     400 W. Washington Street, Suite 3100
     Orlando, Florida 32801
     Telephone: (407) 648-7500
     Facsimile: (407) 648-7643
     E-mail: daniel.irick@usdoj.gov