IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF FLORIDA

Orlando Division

UNITED STATES OF AMERICA

v.

WILLIAM A WHITE

Case No. 6:13-cr-304-GRL-28-GJK

Judge Antoon II

## DEFENDANT'S OBJECTION TO THE MISUSE OF THE TERM "WHITE SUPREMACIST"

Comes Now the Defendant, William A WHITE, and notes his continuing objection to the misuse of the term "white supremacist" by the US Attorney's Office to describe both himself and the American Front and states as follows:

1) Having reviewed much of the evidence in this case as discovery in a previous case, I am aware the government has essentially no evidence linking me to these alleged crimes, and intends to proceed on the legal theory of "he's a white supremacist - get him!"

2) "White supremacy" is a doctrine which states that whites and blacks should live together in a society in which blacks are either enslaved or legally subordinated to whites. This doctrine was developed in the 15th century [1] by Rabbis who sought the Church's endorsement of the Midrashic story of Ham [2], in order to permit Jews to engage in the African slave trade, and has generally been associated with Jewish power in the Southern

---

1 - The African slave trade with Christian nations was initiated by Henry the Navigator, King of Portugal and Grandmaster of the occult Poor Knights of Christ - a successor to the Knights Templar - in 1455.

2 - The correct Ham is Genesis 9:21-27. In the Midrash, Ham commits a homosexual act against Noah, and is turned into a Negro by YHWH, who says that Ham will serve Japheth - the white race - in the texts of Shem - the Jews. Popes Nicholas V and Callixtus III endorsed this view in 1452 and 1456, initiating a Talmudization of Catholicism which culminated in the Church resurrecting and printing previously banned Jewish works and becoming the largest supplier of Hebrew material, like the Bomberg Talmud. The Midrashic doctrine is also found in Moses Maimonides Guide of the Perplexed, where Maimonides states "Black Africans are lower than the rank of men."

−1−

United States.[3]

3) The Defendant believes in Traditionalist National Socialism, which does not teach that blacks and whites should live under a single state that legally subordinates blacks. I believe that people exist naturally in organic unities that find collective expression in culture – similar to what Hegel called the Volk and Volkgeist.[4] This idea is derived from the Platonic ideal and is original to Indo-European or Aryan peoples.[5] It leads to the conclusion that the state should reflect a nation, and act for the good of the nation, and not be multi-national in nature.[6] This is not what is generally called "white supremacy", which has become little more than a Marxist term of abuse.

4) I am not familiar with the group and individuals comprising the branch of the American Front in this indictment. However, the American Front which they are or were part of is a National Bolshevik organization, and its leadership is advised by Alexander Dugin, a former KGB asset and adviser to Vladimir Putin. An article on National Bolshevism is attached as Exhibit A ("Book Review: The Fourth Political Theory"). National Bolshevism developed as a tendency in the Communist Party of Germany in 1919, at a time when the Bolsheviks were debating the usefulness of primarily post-Austrian and post-Ottoman nationalism to global Communist revolution. While the American Front affiliation may have been a federal cover,[7] the American Front's belief system has no intersection with any notion of racial supremacy.

3 – In addition to the slave trade, Jews dominated the Southern cotton trade both before and after the Civil War. Lehman Brothers, for instance, was built on cotton factoring, and Mayer Lehman managed the sale of much of the South's cotton crop. Until about 1940, Jews like Rabbi Isaac Meyer Wise were among the most strident advocates of white supremacy, at which they placed themselves at the head. To quote Rabbi Max Heller, "The Jew, belonging to the best blood of the white race, stands physically, mentally, and culturally far nearer than ever can the Negro to the Western nations."

4 – While appreciating Hegel's terminology, I don't endorse his method, which was derived from Alchemical teachings about the unity of opposites, and is the basis of American politics – in which the right-wing thesis and left-wing antithesis are united in Zionist synthesis.

5 – The idea of the ideal form of the thing – or of the man – is embodied in the Greek daemon, Roman genius, Nordic fylgja and even the Egyptian ka or ka, all of which are pre-Platonic.

6 – Thus there should be nations which reflect the cultural soul of whites, and, separately, blacks; a "multi-cultural" America is not a nation, but a Zionist imperium of the type imagined by Moses Hess, where Jews maintain a racial identity, and all the other peoples are Communized into a single raceless mass of slaves.

7 – The Federal Government often creates phony affiliates of organizations to build credibility for their informants. This process is described in detail in the book No Angel, in which the DEA created a phony biker gang and has been witnessed here in Orlando, when

5) I anticipate that, during the course of these proceedings, the fact that I have absolutely no links to the American Front, whether ideological or otherwise, will be significant, while the United States will attempt the side-ways introduction of evidence by members of Jewish organizations, such as the Anti-Defamation League,[8] or homosexual groups, such as the Southern Poverty Law Center,[9] who have a vested interest in blurring the distinction Thus I wish to object, at all stages of this proceeding, to the use of the term "white supremacist," as if I were ideologically aligned with the American Front and part of some caricatured "enemy" the Marxist regime in Washington has conjured to distract the people from the failures of its system.

Respectfully Submitted,

William A White

William A White # 20046199844

Roanoke City Jail

324 Campbell Ave, SW

Roanoke, VA 24016

## CERTIFICATE OF SERVICE

I hereby certify that this Defendant's Objection To The Misuse Of The Term "White Supremacist" was served upon the US Attorney's Office by mailing it, 1ST Class Postage Pre-paid, to the Clerk of the Court for posting on the Electronic Filing System this 12TH day of January, 2014.

William A White

William A White

---

8 - The Anti-Defamation League developed from B'nai B'rith. B'nai B'rith was founded in 1843 by twelve Jewish retailers in New York, as a Jewish Masonic society. The ADL was formed to protect a Jewish child molester, Leo Frank.

9 - The Southern Poverty Law Center is operated by three Jews, but employs an almost entirely homosexual staff. Ironically, its founder Morris Seligman Dees' ancestors were segregationist cotton factorers, Dees himself has been accused of bisexuality, and the SPLC has been tied to two acts of anti-Christian homosexual violence, as well as violence against the Defendant.

Federal informant David Gletty created a phony branch of the National Socialist Movement and held a "March Against Black Crime" which was comprised primarily of FBI agents. If that was the case here, the FBI would have been the one taking advantage of working class whites by manipulating into a stereotyped "white supremacy."

-3-