Joshua Sutton's pictures on Peter Smith shop etc.

EXHIBIT D



3
EXHIBIT L







1

# Thugee Behram

Friends ▾ | Following | Message | ✱ ▾

Timeline · About · Photos 3 · Friends 46 Mutual · More ▾

## About

- Works at **NEW RESISTANCE**
- Studied at **Open Revolt**
- Lives in Babylon

## Photos · 3



**Thugee Behram** shared a link via Svein H. Skavern.
30 July 2013



**Branded - Trailer**
www.youtube.com

IN THEATERS SEPTEMBER 7th! In a dystopian future where corporate brands have created a disillusioned population, one man's effort to unlock the truth behind …

Like · Comment · Share

**Thugee Behram** shared a link via **James Porrazzo**.
19 March 2013

*Handwritten annotation:* Thugee Behram, Fake Account using Head of Thuggee Cults information used to stalk anonymosly on FB. Thugee Behram sent 900 people to Kali before being executed.

EXHIBIT M



## Thugee Behram

✓ Friends   ✓ Following   Message

Timeline   About   Photos 3   Friends 46 Mutual   More



### About

**Work and education**
NEW RESISTANCE
Open Revolt
Calcutta, India

**Family**
James Porrazzo
Father

**Places Lived**
Babylon
Current location

**Basic Information**
Gender — Male
Languages — English and Enochian
Religious views — Santana Dharma
I am Krishna Conscious (among other things.) Healthy regard for all things Santana Dharma.
Political Views — National Revolutionary
To restablish VARNASRAMA though any means available. In secular terms read the New Resistance Manifesto for our chosen method to achieve this aim. I am also a Dharmic Nationalist.

**Contact Information**
Website — http://www.openrevolt.info
http://www.americanfront.info
http://www.nrsunandsteel.tumblr.com
Email — thugee.behram@facebook.com

*The crap with Krshna appears again!*

*Thugee Behram is most likely Joshua Sutton former Head of Aryan Nations a well known internet shite meister.*

See All

### Photos

Photos of Thugee   Thugee's Photos   Albums



Thysee Behram's Profile - This are the same pictures of Joshua Sutton's Altar. Thysee Behram is the fake profile for stalking online (and possibly contemplating Thysee).




For the Fierce One
Updated over a year ago







note bones as well as guns & machetes. Again, this is not a real Tantric/Hindu altar, but rather the altar of someone with severe mental issues.

These Behram's profile
-exact same picture of Santos's altar





The Kali Cult / Krsha Consciousness people at New Bihar Mandir, run by Joshua Sutton & wife (pictured).