Clerk
United States District Court
   Middle District of Florida
400 W. Washington St
Orlando, FL 32801

FILED
3/3/2014
Date / Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Re: 6:13cr304-ORL-28-GJK

Dear Clerk:

   Enclosed please find part 2 of Exhibit K, the NK News report.

Respectfully Submitted,

*[signature]*

—1—