UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      v.                        CASE NO.    6:13-cr-304-Orl-28GJK
                                                           (Forfeiture)

**WILLIAM A. WHITE**

## BILL OF PARTICULARS

The United States of America, by and through its undersigned Assistant United States Attorney, and, pursuant to Rule 7(c)(2) of the Federal Rules of Criminal Procedure, now particularly alleges that the following properties are subject to forfeiture on the basis of the allegations in Count **Six** of the Indictment filed in the above-styled criminal case:

SanDisk Cruzerblade 4GB[1]

Philips GoGear Vibe 4GB[2]

                                      A. LEE BENTLEY, III
                                      United States Attorney

                        By:    s/Nicole M. Andrejko
                                Nicole M. Andrejko
                                Assistant United States Attorney
                                Florida Bar No. 0820601
                                400 W. Washington Street, Suite 3100
                                Orlando, Florida 32801
                                Telephone:  (407) 648-7500
                                Facsimile:   (407) 648-7643
                                E-Mail:      Nicole.Andrejko@usdoj.gov

---

[1] The United States is amending the description of the Cruzerblade, because the Cruzerblade listed in the Indictment (S**c**an Disk Cruzerblade 4G**S**) is incorrect.
[2] The United States is amending the description of the GoGear Vibe, because the GoGear listed in the Indictment (Phi**l**lips GoGear Vibe 4GB) is incorrect.

## CERTIFICATE OF SERVICE

  I hereby certify that on August 28, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Larry B. Henderson, Esquire

            s/Nicole M. Andrejko
            Nicole M. Andrejko
            Assistant United States Attorney
            Florida Bar No. 0820601
            400 West Washington Street, Suite 3100
            Orlando, Florida 32801
            Telephone: (407) 648-7500
            Facsimile: (407) 648-7643
            E-Mail: Nicole.Andrejko@usdoj.gov