UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:13-cr-304-Orl-28GJK

WILLIAM A. WHITE

### GOVERNMENT'S WITNESS LIST

The United States of America, by A. Lee Bentley, III, United States

Attorney for the Middle District of Florida, respectfully submits the following list of

witnesses to be called in the government's case-in-chief:

1.   Michele Krempa

2.   James Majeski

3.   Alqualios Hammonds

4.   Debra Healy

5.   Yu Jin Kang - Facebook Custodian of Records

6.   Thomas Sacco - Yahoo! Custodian of Records

7.   Caitlin Hayes - Microsoft Custodian of Records

8.   Heidi Beirich

9.   Troy Sporcic

10.   Sabrina Gnos

11.   David Church

12.   Lawson Lamar

13.      Kelly Boaz

14.      Walter G. Komanski

15.      Thomas Lamar

16.      Thomas Bondurant

17.      Timothy Heaphy

18.      Shirley Simpson

19.      Yvonne Plasencia

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:    *s/Vincent S. Chiu*_____
       Vincent S. Chiu
       Assistant United States Attorney
       Florida Bar No. 0084639
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:(407) 648-7500
       Facsimile:(407) 648-7643
       E-mail:   vincent.chiu@doj.gov

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on August 29, 2014, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice

of electronic filing to the following:

     Larry B. Henderson

<div style="margin-left:45%;">

*s/Vincent S. Chiu*

Vincent S. Chiu
Assistant United States Attorney
Florida Bar No. 0084639
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:(407) 648-7500
Facsimile:(407) 648-7643
E-mail:   vincent.chiu@doj.gov

</div>