UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

versus　　　　　　　　　　　CASE NO. 6:13-cr-304-Orl-28GJK

WILLIAM A. WHITE

### DEFENDANT'S WITNESS LIST

Defendant WILLIAM A. WHITE through his undersigned attorney respectfully lists following witnesses that may be called by the defense during the trial in this matter:

1. William A. White
2. Richard D. Connor (expert – digital media & computer forensics)

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Larry B. Henderson*
Larry B. Henderson
Assistant Federal Defender
Florida Bar Number 0353973
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone (407) 648-6338
Facsimile (407) 648-6095
E-Mail: larry_henderson@fd.org
Counsel for WILLIAM A. WHITE

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing "DEFENDANT'S WITNESS LIST" was electronically filed with the Clerk of Court with the CM/ECF system that will automatically send a notice of electronic filing to Assistant United States Attorney Vincent S. Chiu this 2nd day of September, 2014.

/s/ *Larry B. Henderson*
Larry B. Henderson
Assistant Federal Defender
Florida Bar Number 0353973
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone (407) 648-6338
Facsimile (407) 648-6095
E-Mail: larry_henderson@fd.org