UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 6:13-cr-304-Orl-28GJK

WILLIAM A. WHITE

## GOVERNMENT'S WITNESS LIST

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Michelle Kennedy
2. James Majeski
3. Kevin Thuman
4. Debra Healy
5. Yu Jin Kang - Facebook Custodian of Records
6. Thomas Sacco - Yahoo! Custodian of Records
7. Caitlin Hayes - Microsoft Custodian of Records
8. Heidi Beirich
9. Troy Sporcic
10. Sabrina Gnos
11. David Church
12. Lawson Lamar

13. Kelly Boaz

14. Walter G. Komanski

15. Thomas Lamar

16. Thomas Bondurant

17. Shirley Simpson

18. Yvonne Plasencia

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By:  *s/Vincent S. Chiu*
     Vincent S. Chiu
     Assistant United States Attorney
     Florida Bar No. 0084639
     400 W. Washington Street, Suite 3100
     Orlando, Florida 32801
     Telephone:(407) 648-7500
     Facsimile:(407) 648-7643
     E-mail:   vincent.chiu@doj.gov

U.S. v. WILLIAM A. WHITE				Case No. 6:13-cr-304-Orl-28GJK

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Larry B. Henderson

*s/Vincent S. Chiu*
Vincent S. Chiu
Assistant United States Attorney
Florida Bar No. 0084639
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:(407) 648-7500
Facsimile:(407) 648-7643
E-mail:   vincent.chiu@doj.gov

3