**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:13-cr-304-Orl-28GJK

WILLIAM A WHITE

AUSA: Vincent Chiu and James Mandolfo
Defense Attorney: Larry B. Henderson, Federal Public Defender

| JUDGE: | **JOHN ANTOON II** United States District Judge | DATE AND TIME: | **September 8, 2014** 9:15 A.M. – 2:10 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | REPORTER: | Amie First |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**CRIMINAL JURY TRIAL (DAY ONE)**

| | |
|---|---|
| 9:15-9:25 a.m. | Court discusses pretrial matters with counsel – Re: Pretrial publicity; Forfeiture issue – Defendant requests jury trial on forfeiture; Objections to voir dire questions and anonymous jury instruction. |
| 9:25-9:40 a.m. | Recess |
| 9:40-2:10 p.m. | Jury selection. |
| 10:35-10:45 a.m. | Recess |
| 12:40 p.m. | Jury recesses for lunch. |
| 12:40-1:00 p.m. | Court and counsel address juror challenges. |
| 1:00-1:45 p.m. | Court recesses for lunch. |
| 1:45-2:10 p.m. | Jury selection continued; Eleven (11) jurors selected - Court orders 20 more jurors and will resume with jury selection tomorrow morning at 9:00 a.m. |
| 2:11 p.m. | Court adjourned. |