# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                         CASE NO: 6:13-cr-304-Orl-28GJK

WILLIAM A WHITE

AUSA: Vincent Chiu and James Mandolfo
Defense Attorney: Larry B. Henderson, Federal Public Defender

| JUDGE: | **JOHN ANTOON II** United States District Judge | DATE AND TIME: | **September 9, 2014** 8:45 A.M.- 4:55 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | REPORTER: | Amie First |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## CRIMINAL JURY TRIAL (DAY TWO)

| | |
|---|---|
| 8:45-8:50 a.m. | Court discusses preliminary matters with counsel prior to continued jury selection. |
| 8:50-9:00 a.m. | Recess |
| 9:05-10:50 a.m. | Continued jury selection with new panel. |
| 10:50-11:05 a.m. | Recess |
| 11:05-11:15 a.m. | Court addresses juror notes with three potential jurors and finalizes challenges and jury selection with counsel. |
| 11:15-11:30 a.m. | Entire voir dire panel enters the courtroom; Court seats jurors by number. |
| 11:30 a.m. | Jury sworn. |
| 11:30-11:50 a.m. | Court's Preliminary Instructions to the Jury. |
| 11:50-1:05 p.m. | Lunch Recess. |
| 1:06-1:20 p.m. | Opening statement by the Government. |
| 1:20-1:30 p.m. | Opening statement by the Defendant. |
| 1:30-1:33 p.m. | Government's witness Shirley B. Simpson. |
| 1:34-1:45 p.m. | Government's witness Troy Sporcic. |
| 1:46-1:52 p.m. | Jury out – Government reads joint factual stipulations to the Court. |

| | |
|---|---|
| 1:52-2:07 p.m. | Government's witness Walter Komanski. |
| 2:08-2:30 p.m. | Government's witness Lawson Lamar. |
| 2:30-2:45 p.m. | Recess |
| 2:45-2:56 p.m. | Government's witness Thomas Lamar. |
| 2:56-3:01 p.m. | Court reads joint factual stipulations to the jury. |
| 3:01-3:03 p.m. | Government's witness Caitlin Hayes. |
| 3:03-3:20 p.m. | Government's witness Kelly Boaz. |
| 3:20-3:50 p.m. | Government's witness Heidi Lee Beirich. |
| 3:50-4:50 p.m. | Government's witness Yvonne Plasencia. |
| 4:50 p.m. | Jury excused until 9:00 a.m. on Wednesday, September 10, 2014. |
| 4:55 p.m. | Court adjourned. |