# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                          **CASE NO: 6:13-cr-304-Orl-28GJK**

**WILLIAM A WHITE**

AUSA: Vincent Chiu and James Mandolfo
Defense Attorney: Larry B. Henderson, Federal Public Defender

| JUDGE: | **JOHN ANTOON II**<br>United States District Judge | DATE AND TIME: | **September 10, 2014**<br>9:25 A.M.-<br>4:55 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | REPORTER: | Amie First |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## CRIMINAL JURY TRIAL (DAY THREE)

Juror late – Court reconvenes at 9:25 a.m.

| | |
|---|---|
| 9:25-11:50 a.m. | Government's witness Sabrina Gnos. |
| 10:55-11:10 a.m. | Recess |
| 11:50-1:05 p.m. | Lunch Recess |
| 1:06-1:11 p.m. | Government's witness Kevin Thuman. |
| 1:12-2:04 p.m. | Government's witness Thomas David Church, Jr. |
| 2:04-4:50 p.m. | Government's witness James E. Majeski. |
| 2:35-2:50 p.m. | Recess |
| 4:00-4:10 p.m. | Recess |
| 4:50 p.m. | Jury excused until 9:00 a.m. on Thursday, September 11, 2014. |
| 4:53 p.m. | Court adjourned. |