# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:13-cr-304-Orl-28GJK

WILLIAM A WHITE

AUSA: Vincent Chiu and James Mandolfo
Defense Attorney: Larry B. Henderson, Federal Public Defender

| JUDGE: | **JOHN ANTOON II** United States District Judge | DATE AND TIME: | **September 11, 2014** 9:10 A.M.- 4:55 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | REPORTER: | Amie First |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## CRIMINAL JURY TRIAL (DAY FOUR)

| | |
|---|---|
| 9:10-1:15 p.m. | Continued Government witness James Majeski. |
| 10:10-10:27 a.m. | Recess |
| 10:55-11:05 a.m. | Recess |
| 11:45-12:45 p.m. | Lunch Recess |
| 1:18-1:47 p.m. | Government's witness Debra Diane Healy. |
| 1:48 p.m. | Government rests. |
| 1:49-1:59 p.m. | **MOTION** by Defendant for Judgment of Aquittal. |
| 1:59 p.m. | Court **DENIES** Defendant's Motion for Judgment of Acquittal as to Counts 1, 2 and 3. |
| 2:00-2:08 p.m. | Government responds as to counts 4-6; Argument on venue issue. |
| | Court reserves ruling on Defendant's Motion for Judgment of Acquittal as to Counts 4, 5 and 6. |
| 2:08-2:12 p.m. | Defendant admits exhibits 8, 9, 4 (e-mail only) and 12. |
| 2:12-2:52 p.m. | Defendant's witness Richard Connor. |
| 2:52 p.m. | Defendant rests. |
| 2:53-3:13 p.m. | Recess |
| 3:13-3:22 p.m. | Court addresses Ct. 6 and the reasonable doubt instruction. |
| 3:22 p.m. | Jury excused until 9:00 a.m. on Friday, September 12, 2014. |
| 3:22-3:27 p.m. | Continued discussion re: venue issue and jury instructions. |
| 3:27-4:27 p.m. | Recess |
| 4:27-4:50 p.m. | Court continues to reserve ruling on Counts 4, 5 and 6. |
| 4:51-4:55 p.m. | Court addresses jury instructions. |
| 4:55 p.m. | Court adjourned until 8:30 a.m. on Friday, September 12, 2014. |