# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:13-cr-304-Orl-28GJK

WILLIAM A WHITE

AUSA: Vincent Chiu and James Mandolfo
Defense Attorney: Larry B. Henderson, Federal Public Defender

| JUDGE: | **JOHN ANTOON II** United States District Judge | DATE AND TIME: | **September 12, 2014** 8:35 A.M.- 2:50 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | REPORTER: | Amie First |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## CRIMINAL JURY TRIAL (DAY FIVE)

| | |
|---|---|
| 8:35-8:55 a.m. | Court questions defendant regarding material issue of fact on the question of venue. |
| 8:55-9:05 a.m. | Recess |
| 9:05-9:09 a.m. | Court finds that the objection to venue in Cts. Four and Five was not timely and there is no issue of fact. Court will not give venue instruction. |
| 9:09-9:57 a.m. | Closing Argument by the Government. |
| 9:57-10:10 a.m. | Recess |
| 10:11-10:49 a.m. | Closing Argument by the Defendant. |
| 10:49-11:00 a.m. | Rebuttal Closing Argument by the Government. |
| 11:00-11:18 a.m. | Recess |
| 11:18-11:38 a.m. | COURT'S Instructions to the Jury. |
| 11:40 a.m. | Jury commences deliberations. |
| 2:17 p.m. | Jury reaches verdict of Guilty on all Counts One through Six of the Indictment. |
| 2:20-2:25 p.m. | COURT'S Special forfeiture instructions to the jury. |
| 2:25-2:40 p.m. | Jury reaches a verdict on forfeiture. |
| 2:41 | Jury polled. |
| 2:42-2:50 p.m. | Court adjudicates Defendant Guilty as to Counts One through Five of the Indictment and continues to Reserve Ruling as to Count Six. Court allows defendant ten days to file a brief regarding Count Six; Government will have 5 days upon receipt of Defendant's motion to respond. Court sets sentencing on November 21, 2014 at 10:00 a.m. |
| 2:50 p.m. | Court adjourned. |