```
FILED
IN OPEN COURT
SEP 12 2014    19___
CLERK
U. S. DISTRICT COURT
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,　　　　　　Case No. 6:13-cr-304-Orl-28GJK

　　　　Plaintiff,　☐
　　　　Government ☒　　　　　　　　　☐ Evidentiary
　　　　　　　　　　　　　　　　　　　　☒ Trial
v.　　　　　　　　　　　　　　　　　　　☐ Other

WILLIAM A. WHITE

　　　　Defendant　☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | SEP 09 2014 | SEP 09 2014 | | | E-mail from nslf_helterskelter@hotmail.com referenced in Count One (Bates Nos. 8383-8384) |
| 2 | SEP 09 2014 | SEP 09 2014 | | | E-mail from nslf_helterskelter@hotmail.com referenced in Count Three (Bates Nos. 8387-8388) |
| 3 | SEP 09 2014 | SEP 09 2014 | | | Article and post on the American Defamation League web site referenced in Count Five (Bates Nos. 8389-8393) |
| 4 | SEP 09 2014 | SEP 09 2014 | | | Screen shots of the Facebook wall for the group "Free Stockdale & the AF 10" on May 21, 2012 |
| 5 | SEP 09 2014 | SEP 09 2014 | | | Screen shots of the Facebook wall for bill.white.7370 on May 21, 2012 (Bates Nos. 8402-8404) |
| 6 | SEP 09 2014 | SEP 09 2014 | | | Screen shots of the Facebook profile for bill.white.7370 on May 21, 2012 (Bates Nos. 8394-8399) |
| 7 | SEP 09 2014 | SEP 09 2014 | | | Attempted post on the Southern Poverty Law Center web site referenced in Count Four (Bates Nos. 8418-8419) |
| 8 | SEP 09 2014 | SEP 09 2014 | | | Envelope addressed to James C. Turk with book (Bates Nos. 8356) |
| 9 | SEP 09 2014 | SEP 09 2014 | | | nslf_helterskelter@hotmail.com attempted post to Roanoke Times (Bates Nos. 8415-8417) |
| 10A-C | SEP 09 2014 | SEP 09 2014 | | | Yahoo! Records for dhyphen@yahoo.com |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

Case Number:     6:13-cr-304-Orl-28GJK

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 11A-H | SEP 09 2014 | SEP 09 2014 | | | Microsoft records for volund1065@hotmail.com, nslf_helterskelter@hotmail.com, and redpawn1111@hotmail.com |
| 12A-B | SEP 09 2014 | SEP 09 2014 | | | Facebook records for bill.white.7370 |
| 13 | SEP 10 2014 | SEP 10 2014 | | | Envelope addressed to Tom Bondurant and book (Bates No. 8335) |
| 14 | SEP 10 2014 | SEP 10 2014 | | | Envelope addressed to Timothy Heaphy and book (Bates No. 8344) |
| 15A | SEP 10 2014 | SEP 10 2014 | | | CD of recording between Sabrina Gnos and William White |
| 15B | SEP 10 2014 | SEP 10 2014 | | | Transcript of recording between Sabrina Gnos and William White (Bates Nos. 8412-8414) |
| 16 | | | | | Facebook binders |
| 17 | SEP 10 2014 | SEP 10 2014 | | | nslf_helterskelter@hotmail user information (Bates No. 8406) |
| 18 | SEP 10 2014 | SEP 10 2014 | | | nslf_helterskelter@hotmail.com email to nslf_helterskelter@hotmail.com and BCC media outlets and dhyphen@yahoo.com (Bates Nos. 8407-8408) |
| 19 | SEP 10 2014 | SEP 10 2014 | | | E-mail from nslf_helterskelter@hotmail.com referenced in Count Two (Bates Nos. 8385-8386) |
| 20 | SEP 10 2014 | SEP 10 2014 | | | nslf_helterskelter@hotmail.com draft email to cdonelson@hotmail.com (Bates Nos. 8409-8410) |
| 21 | | | | | William White pleading Document No. 280 filed in the U.S. District Court W.D.V.A. (Bates Nos. 0400-0402) |
| 22 | | | | | Seized property documents (Bates Nos. 0409-0412) |
| 23 | | | | | Receipt of property seized (Bates Nos. 0413-0415) |
| 24 | SEP 09 2014 | SEP 09 2014 | | | MP3 player |
| 25 | SEP 09 2014 | SEP 09 2014 | | | Toshiba laptop computer |
| 26A | SEP 11 2014 | SEP 11 2014 | | | CD containing MP3 Report |

Case Number:        6:13-cr-304-Orl-28GJK

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 26B | SEP 11 2014 | SEP 11 2014 | | | Printout of Cannibal Corpse MP3 (Bates Nos. 8420-8422) |
| 26C | SEP 11 2014 | SEP 11 2014 | | | Electric Hellfire Club MP3 (Bates Nos. 8423-8424) |
| 26D | SEP 11 2014 | SEP 11 2014 | | | Helter Skelter MP3 (Bates No. 8425) |
| 27 | SEP 10 2014 | SEP 10 2014 | | | Emails between volund1065@hotmail and topazhon@hotmail.com (Bates Nos. 8427-8430) |
| 28 | SEP 10 2014 | SEP 10 2014 | | | dhyphen email dated June 7, 2012 (Bates No. 8460) |
| 29 | SEP 11 2014 | SEP 11 2014 | | | dhyphen email Bondurant (Bates No. 8458 |
| 30 | SEP 11 2014 | SEP 11 2014 | | | dhyphen email Turk (Bates No. 8459) |
| 31 | SEP 11 2014 | SEP 11 2014 | | | dhyphen email Heaphy (Bates Nos. 8455-8457) |
| 32 | SEP 10 2014 | SEP 10 2014 | | | Facebook screenshots by David Church |
| 33 | SEP 10 2014 | SEP 10 2014 | | | Helter Skelter lyrics |
| 34 | SEP 11 2014 | SEP 11 2014 | | | Night of the Buck Knives lyrics |
| 35 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7294-7295) |
| 36 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7288) |
| 37 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos.7523-7524) |
| 38 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 5702) |
| 39 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7283) |
| 40 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 5648) |

Case Number: 6:13-cr-304-Orl-28GJK

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 41 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7269) |
| 42 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7826) |
| 43 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7551) |
| 44 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7262-7264 and 5643) |
| 45 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7254-7255) |
| 46 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7247-7249) |
| 47 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7731) |
| 48 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 5642) |
| 49 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7244-7245) |
| 50 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7241-7242) |
| 51 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7240) |
| 52 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7239) |
| 53 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7233, 7231) |
| 54 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7223) |
| 55 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No. 7223) |
| 56 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates No 7221) |
| 57 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7215) |

Case Number:     6:13-cr-304-Orl-28GJK

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 58 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 7214) |
| 59 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos.7205) |
| 60 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos.00493) |
| 61 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 0485) |
| 62 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 0783) |
| 63 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 0471) |
| 64 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos.0468) |
| 65 | SEP 10 2014 | SEP 10 2014 | | | Facebook post (Bates Nos. 0467) |
| 66 | SEP 09 2014 | | | | Facebook notes |
| 67 | SEP 10 2014 | SEP 10 2014 | | | Email from Sabrina Gnos to William White |
| 68 | SEP 10 2014 | SEP 10 2014 | | | Facebook - William White likes Boyd Rice |
| 69 | SEP 10 2014 | SEP 10 2014 | | | NSLF flyer |
| 70 | SEP 11 2014 | SEP 11 2014 | | | Joe Tomassi image |
| 71 | SEP 11 2014 | SEP 11 2014 | | | Facebook posts April and May 2012 |
| 72 | SEP 11 2014 | SEP 11 2014 | | | Facebook posts June 2012 |
| 73 | SEP 11 2014 | SEP 11 2014 | | | Facebook conversations with Amy Back May 2012 |
| 74 | SEP 11 2014 | SEP 11 2014 | | | Facebook conversations with Amy Back during 2012 |

Case Number:   6:13-cr-304-Orl-28GJK

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 75 | SEP 11 2014 | SEP 11 2014 | | | Facebook conversations with Gwendolyn Poynton during April-May 2012 |
| 76 | SEP 11 2014 | SEP 11 2014 | | | Pictures of William White |
| 77 | SEP 11 2014 | SEP 11 2014 | | | Anti-virus report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |