

FILED
IN OPEN COURT
SEP 12 2014  19___
CLERK
U. S. DISTRICT COURT



# DEFENDANT'S EXHIBIT LIST

*United States v. William A. White*
Case Number 6:13-cr-304-Orl-28GJK

___ Plaintiff  **X** Defendant ___ Joint ___ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | SEP 11 2014 | SEP 11 2014 | | CD of screen recording video showing the search and viewing of the "Siege" book online. |
| 2 | SEP 11 2014 | SEP 11 2014 | | Webpage printouts showing the search, index, and selected articles from the "Siege" book online (composite) |
| 3 | | | | Webpage printout of May 27, 2012 americanfront.info website article titled: "Nazi Nutjob Bill White: From Informant to Fugitive." |
| 4 | SEP 10 2014 | SEP 11 2014 | | Printout of May 22, 2012 e-mail from Sabrina Gnos to dyphen with CD of .mp3 song file attached to that e-mail. |
| 5 | SEP 10 2014 | | | Printout of Fall 1999 SPLC Intelligence Report article titled: "Black Metal Spreads Neo-Nazi Hate Message" |
| 6 | SEP 10 2014 | | | Printout of Wintern 2012 SPLC Intelligence Report article titled: "Neo-Nazi Leader James Porrazzo Mixes Racism with Leftist Ideology" |
| 7 | | | | Webpage printouts showing the search of Lawson Lamar and his OCBA profile (composite) |
| 8 | SEP 10 2014 | SEP 11 2014 | | Withdrawal slip dated June 8, 2012 (unredacted) |
| 9 | SEP 10 2014 | SEP 11 2014 | | Withdrawal slip dated June 11, 2012 (unredacted) |

| | | | | |
|---|---|---|---|---|
| 10 | | | | Checking account history for J Evola Group LLC from June 1, 2012 - June 30, 2012. |
| 11 | | | | Webpage printout of Facebook records showing June 8, 2012 Facebook messages sent to Bill White from Sabrina Gnos. |
| 12 | SEP 11 2014 | SEP 11 2014 | | Centuries of Revolution Book By William White |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |